CHRISTIAN P. LUCIA (SBN 203567)
CHRISTOPHER K. KARIC (SBN 184765)
COREY TIMPSON (SBN 328929)
SELLAR HAZARD & LUCIA, APLC
201 North Civic Drive, Suite 145
Walnut Creek, CA 94596
Tel: (925) 938-1430
Fax: (925) 256-7508
Email: clucia@sellarlaw.com
ckaric@sellarlaw.com
ctimpson@sellarlaw.com

Attorneys for Plaintiff
EVA JO HENLEY

NICHOLAS J. BOOS (SBN 233399)
nboos@maynardcooper.com
NORMAN LAU (SBN 253690)
nlau@maynardcooper.com
MAYNARD COOPER & GALE LLP
Two Embarcadero Center, Suite 1450
San Francisco, California 94111
Telephone: (415) 646-4700
Facsimile: (205) 254-1999

Attorneys for Defendant
SAFECO INSURANCE COMPANY OF AMERICA
erroneously sued as SAFECO INSURANCE OF ILLINOIS and
CHRISTINA REID

Maynard Cooper & Gale LLP
Two Embarcadero Center, Suite 1450
San Francisco, CA 94111
(415) 646-4700

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EVA JO HENLEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE OF ILLINOIS, an entity, form unknown; CHRISTINA REID; and DOES 1 through 20 inclusive,<br><br>Defendants. | Case No. 3:21-cv-04243-RS<br>ORDER<br>**STIPULATION DISMISSING DEFENDANT CHRISTINA REID** |

Plaintiff Eva Jo Henley and defendant Christina Reid hereby stipulate through undersigned counsel of record, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that with regard to Ms. Reid only, that the entire action be dismissed without prejudice as to her, each party to bear its own costs and attorneys' fees relating to the dismissal of Ms. Reid.

IT IS SO STIPULATED.

The filer of this document attests that concurrence in this filing has been obtained from all signatories.

Dated: July 6, 2021

MAYNARD COOPER & GALE LLP

NICHOLAS J. BOOS
NORMAN LAU
Attorneys for Defendant SAFECO INSURANCE COMPANY OF AMERICA, erroneously sued as SAFECO INSURANCE OF ILLINOIS and CHRISTINA REID

Dated: July 6, 2021

SELLAR HAZARD & LUCIA, APLC

CHRISTIAN P. LUCIA
CHRISTOPHER K. KARIC
COREY TIMPSON
Attorneys for Plaintiff EVA JO HENLEY

Pursuant to stipulation, IT IS SO ORDERED.

Dated: July 7, 2021

Hon. Richard Seeborg
United States District Judge

{06035040.1}