NICHOLAS J. BOOS (SBN 233399)
nboos@maynardcooper.com
NORMAN LAU (SBN 253690)
nlau@maynardcooper.com
MAYNARD COOPER & GALE LLP
Two Embarcadero Center, Suite 1450
San Francisco, California 94111
Telephone:    (415) 646-4700
Facsimile:    (205) 254-1999

Attorneys for Defendant
SAFECO INSURANCE COMPANY OF AMERICA
erroneously sued as SAFECO INSURANCE OF ILLINOIS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HENLEY, as Personal Representative of the Estate of EVA JO HENLEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE OF ILLINOIS, an entity, form unknown; CHRISTINA REID; and DOES 1 through 20 inclusive,<br><br>Defendants. | Case No. 3:21-cv-04243-RS<br><br>**DECLARATION OF NORMAN LAU IN SUPPORT OF SAFECO INSURANCE COMPANY OF AMERICA'S MOTION TO PRECLUDE PLAINTIFF'S RETAINED EXPERT BUTCH WALDIN FROM TESTIFYING AT TRIAL**<br><br>Date:        January 12, 2023<br>Time:        1:30 PM<br>Courtroom: 3<br>Judge:       Hon. Richard Seeborg |

I, Norman Lau, declare as follows:

1. I am an attorney admitted to practice before all the courts of the State of California. I am an attorney with the law firm Maynard Cooper & Gale LLP, counsel of record for defendant Safeco Insurance Company of America ("Safeco") in this matter. The statements made herein are based upon my personal knowledge and are true. If called as a witness, I could and would competently testify to the following matters.

2. On April 22, 2022, Erika Thompson of Plaintiff's attorney's office reached out to me by email to request an extension to exchange expert disclosures until April 29, 2022. I agreed to the request and the extension was confirmed by Plaintiff's attorney Corey Timpson. A true and

1 correct copy of the April 22, 2022 email from Ms. Timpson memorializing our agreement is
2 attached as Exhibit A.
3      3. On April 29, 2022, Safeco served its expert disclosures and relevant expert reports
4 in this action.
5      4. On April 29, 2022, Plaintiff served his expert disclosures in this action. A true and
6 correct copy of Plaintiff's expert disclosures is attached as Exhibit B.
7      5. My office never received an expert report from Plaintiff with regard to the retained
8 expert identified in Plaintiff's April 29, 2022 disclosures, Butch Waldin.
9      6. Safeco did not take the deposition of Butch Waldin in this action.
10  I declare under penalty of perjury under the laws of the United States of America that the
11 foregoing is true and correct, and that this declaration was executed on November 30, 2022 in San
12 Francisco, California.

                                                                             NORMAN LAU

# EXHIBIT A

# Norman Lau

| | |
|---|---|
| **From:** | Corey Timpson <ctimpson@sellarlaw.com> |
| **Sent:** | Friday, April 22, 2022 1:59 PM |
| **To:** | Norman Lau; Erika Jackson |
| **Cc:** | Nicholas J. Boos |
| **Subject:** | RE: Request for Extension - Henley v. Safeco |

That works. Thanks, Norman.

**COREY M. TIMPSON ESQ.**
ctimpson@sellarlaw.com
Cell:     (818) 731-6726
Direct:  (925) 771-2597
Office:  (925) 938-1430



**CONFIDENTIAL INFORMATION**
This e-mail is intended only for the use of the person to whom it is addressed and contains information which may be confidential or privileged and exempt from disclosure under applicable law. If you are not the person to whom this e-mail is addressed, or an agent authorized by such person to receive this e-mail, you are hereby notified that any examination, copying, distribution or other unauthorized use of this e-mail is prohibited. If you received this e-mail in error, please notify us immediately at the e-mail address referenced above.

 please consider the environment before printing this e-mail

---

**From:** Norman Lau <NLau@maynardcooper.com>
**Sent:** Friday, April 22, 2022 1:30 PM
**To:** Erika Jackson <ejackson@sellarlaw.com>
**Cc:** Corey Timpson <ctimpson@sellarlaw.com>; Nicholas J. Boos <NBoos@maynardcooper.com>
**Subject:** RE: Request for Extension - Henley v. Safeco

Erika,

We will agree to informally extend the deadline to do initial expert disclosures to April 29.  Rebuttal and expert discovery cut off dates will remain the same.

**Norman Lau**
Of Counsel | Insurance & Financial Services Litigation
P: 415.646.4706 | F: 205.714.6792
NLau@maynardcooper.com | V-card

---

Two Embarcadero Center, Suite 1450
San Francisco, CA 94111



ALABAMA | CALIFORNIA | FLORIDA | GEORGIA | IOWA | NEW YORK | TENNESSEE | TEXAS | WASHINGTON, D.C.

   A LexMundi Member

**From:** Erika Jackson <ejackson@sellarlaw.com>
**Sent:** Friday, April 22, 2022 12:29 PM
**To:** Norman Lau <NLau@maynardcooper.com>
**Cc:** Corey Timpson <ctimpson@sellarlaw.com>
**Subject:** Request for Extension - Henley v. Safeco

Dear Mr. Lau

Ms. Timpson is asking if we can extend the exchange of experts until April 29, since we still have percipient depositions going on?

*Erika Jackson*
Legal Assistant to:
Christian Lucia
Corey Timpson
Christopher Karic
Joel Tondreau



201 North Civic Drive, Suite #145
Walnut Creek, CA 94596
Telephone: (925) 938-1430
Facsimile: (925) 256-7508
www.sellarlaw.com

**CONFIDENTIALITY NOTICE:** This message and any files or text attached hereto are intended only for the recipients listed above, and contain information that may be proprietary, confidential, privileged and/or exempt from disclosure under applicable law.  If you are not an intended recipient, you must not read, copy, use, disclose or distribute this communication.  Please notify the sender of its receipt by replying to this message, and then delete all copies of it from your system.  Thank you.

Confidentiality Notice - The information contained in this e-mail and any attachments to it is intended only for the named recipient and may be legally privileged and include confidential information. If you are not the intended recipient, be aware that any disclosure, distribution or copying of this e-mail or its attachments is prohibited. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments to it. Thank you.

# EXHIBIT B

Christian P. Lucia (SBN - 203567)
Corey M. Timpson (SBN - 328929)
SELLAR HAZARD & LUCIA
A Professional Law Corporation
201 North Civic Drive, Suite 145
Walnut Creek, CA 94596
Telephone: (925) 938-1430
Facsimile: (925) 256-7508
Email: clucia@sellarlaw.com; ctimpson@sellarlaw.com

Attorneys for Plaintiff
Joe Henley as personal representative of the estate of Eva Joe Henley

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA JOE HENLEY<br><br>    Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE OF ILLINOIS, an entity, form unknown; CHRISTINA REID; and Does 1 through 20, inclusive,<br><br>    Defendants. | Case No.: 3:21-cv-04243-RS<br><br>**PLAINTIFF'S DISCLOSURE OF EXPERT WITNESSES PURSUANT TO FRCP 26(a)(2)** |

Pursuant to Federal Rule of Civil Procedure Rule 26(a)(2), Plaintiff JOE HENLEY as personal representative of the estate of EVA JOE HENLEY ("Plaintiff") hereby discloses the following expert witnesses in this matter:

RETAINED EXPERTS:

1. Butch Waldin, A.C. Enterprises, 21965 Meekland Ave, Hayward, CA 94541. Mr. Waldin is being retained by Plaintiffs to provide expert testimony regarding construction standard of care, construction industry practices, pricing, scope/cost of repair, damages and estimates in this matter. This testimony will be elicited under FRE 702, 703, and/or 705. There are no written reports at this time, but to the extent reports are prepared, will be provided upon receipt.

- 1 -
_____
PLAINTIFF'S EXPERT DISCLOSURE

NON-RETAINED EXPERTS

1. Peter Zaloumis, S&Z Contractors. Mr. Zaloumis is further designated as a non-retained expert who may be called to testify at trial. Mr. Zaloumis will present testimony regarding the condition of Ms. Henley's residence. His testimony will be given under FRE 702, 703, 705.

DATED: April 29, 2022                                  SELLAR HAZARD & LUCIA

By: _____
Corey Timpson
Attorney for Plaintiff

|   |   |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, Corey Timpson, declare: |
| 3 | I am employed in the County of Contra Costa, California in the offices of a member of the Bar |
| 4 | of this Court, at whose direction this service was made.  My business address is 201 North Civic Drive, |
| 5 | Suite 145, Walnut Creek, California.  I am over the age of eighteen years and not a party to this action. |
| 6 | On the date given, I served the following document(s): |
| 7 | **PLAINTIFF'S EXPERT DISCLOSURE** |
| 8 | In the case entitled: *Eva Joe Henley v. Safeco, et al.,* United States District Court, Case No. 3:21-cv- |
| 9 | 04243-RS, on all interested parties through their attorneys of record by placing a true and correct copy |
| 10 | thereof addressed as shown on the attached service list, as designated below |
| 11 | **(SEE ATTACHED SERVICE LIST)** |
| 12 | _____ BY FIRST CLASS MAIL (C.C.P. §§1013A, et seq.): |
| 13 | I caused said document(s) to be deposited in the United States Mail in a sealed envelope with postage fully prepaid at Walnut Creek, California, following the ordinary practice at my place of business of collection and processing of mail on the same day as shown on this declaration. |
| 14 | |
| 15 | _____ BY PERSONAL SERVICE |
| 16 | I delivered such envelope by hand to the offices of the addressee.  Messenger Service:  ONE HOUR DELIVERY |
| 17 | __X__ BY ELECTRONIC SERVICE (C.C.P. §187): |
| 18 | I caused said document to be served using LexisNexis File & Serve/One Legal File & Serve and/or electronic mail. |
| 19 | |
| 20 | I declare under the penalty of perjury, under the laws of the laws of the United States, that the above is true and correct. |
| 21 | |
| 22 | DATED:  April 29, 2022                                            Corey Timpson |

- 3 -

PLAINTIFF'S EXPERT DISCLOSURE

**Case Name:** *Eva Joe Henley v. Safeco, et al.,*
**Case No.:** United States District Court, Case No. 3:21-cv-04243-RS

## SERVICE LIST

| | |
|---|---|
| Nicholas J. Boos | **Attorneys for;** Defendant |
| Norman Lau | Tel: (415) 646-4700 |
| Brian Day | Fax: (205) 254-1999 |
| MAYNARD COOPER & GALE LLP | nboos@maynardcooper.com |
| Two Embarcadero Center, Suite 1450 | nlau@maynardcooper.com |
| San Francisco, California 94111 | bday@maynardcooper.com |

- 4 -

PLAINTIFF'S EXPERT DISCLOSURE

# PROOF OF SERVICE

STATE OF CALIFORNIA       )
COUNTY OF SAN FRANCISCO   )

I am employed in the County of San Francisco, State of California. I am over the age of 18 and am not a party to the within action. My business address is Maynard, Cooper & Gale, LLP, Two Embarcadero Center, Suite 1450, San Francisco, California 94111. On the date indicated below, I served the foregoing document described as:

**DECLARATION OF NORMAN LAU IN SUPPORT OF SAFECO INSURANCE COMPANY OF AMERICA'S MOTION TO PRECLUDE PLAINTIFF'S RETAINED EXPERT BUTCH WALDIN FROM TESTIFYING AT TRIAL**

**[X]    BY CM/ECF ELECTRONIC SERVICE:** The following are registered CM/ECF users with the Court and have consented to service through the Court's automatic transmission of a notice of electronic filing.

Christian P. Lucia
Corey Timpson
SELLAR HAZARD & LUCIA, APLC
201 North Civic Drive, Suite 145
Walnut Creek, CA 94596
Tel: (925) 938-1430
Fax: (925) 256-7508
Email: clucia@sellarlaw.com
ctimpson@sellarlaw.com

*Attorneys for Plaintiff Joe Henley as representative of the Estate of Eva Jo Henley*

I declare that I am employed in the office of a member who has been admitted to the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 30, 2022, in San Francisco, California.

_____
Brian Day