Maynard Cooper & Gale LLP
Two Embarcadero Center, Suite 1450
San Francisco, CA 94111
(415) 646-4700

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HENLEY, as Personal Representative of the Estate of EVA JO HENLEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE OF ILLINOIS, an entity, form unknown; CHRISTINA REID; and DOES 1 through 20 inclusive,<br><br>Defendants. | Case No. 3:21-cv-04243-RS<br><br>**[PROPOSED] ORDER GRANTING SAFECO INSURANCE COMPANY OF AMERICA'S MOTION TO PRECLUDE PLAINTIFF'S RETAINED EXPERT BUTCH WALDIN FROM TESTIFYING AT TRIAL**<br><br>Date:        January 12, 2023<br>Time:       1:30 PM<br>Courtroom: 3<br>Judge:      Hon. Richard Seeborg |

Defendant Safeco Insurance Company of America's ("Safeco") motion to preclude Plaintiff's retained expert Butch Waldin from testifying trial in this matter came on for hearing on January 12, 2023, at 1:30 p.m. Safeco and Plaintiff were represented by their attorneys' of record. The Court having considered the papers filed by the parties, having heard argument and being fully advised, and good cause appearing therefor, it is IT IS HEREBY ORDERED as follows:

Safeco's motion to preclude Plaintiff's retained expert Butch Waldin from testifying trial in this matter is GRANTED. Plaintiff failed to serve the expert report of Butch Waldin. Plaintiff's failure to do so was not substantially justified or harmless. As a result, Plaintiff is precluded from using Butch Waldin as an expert witness in this action.

1

[PROPOSED] ORDER GRANTING SAFECO INSURANCE COMPANY OF AMERICA'S MOTION TO PRECLUDE PLAINTIFF'S RETAINED EXPERT BUTCH WALDIN FROM TESTIFYING AT TRIAL

1   IT IS SO ORDERED.

2

3   _____

4   Honorable Richard Seeborg
    United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

{06657327.1}

**PROOF OF SERVICE**

STATE OF CALIFORNIA         )
COUNTY OF SAN FRANCISCO     )

I am employed in the County of San Francisco, State of California. I am over the age of 18 and am not a party to the within action. My business address is Maynard, Cooper & Gale, LLP, Two Embarcadero Center, Suite 1450, San Francisco, California 94111. On the date indicated below, I served the foregoing document described as:

**[PROPOSED] ORDER GRANTING SAFECO INSURANCE COMPANY OF AMERICA'S MOTION TO PRECLUDE PLAINTIFF'S RETAINED EXPERT BUTCH WALDIN FROM TESTIFYING AT TRIAL**

[X]   **BY CM/ECF ELECTRONIC SERVICE:** The following are registered CM/ECF users with the Court and have consented to service through the Court's automatic transmission of a notice of electronic filing.

Christian P. Lucia
Corey Timpson
SELLAR HAZARD & LUCIA, APLC
201 North Civic Drive, Suite 145
Walnut Creek, CA 94596
Tel: (925) 938-1430
Fax: (925) 256-7508
Email: clucia@sellarlaw.com
ctimpson@sellarlaw.com

*Attorneys for Plaintiff Joe Henley as representative of the Estate of Eva Jo Henley*

I declare that I am employed in the office of a member who has been admitted to the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 30, 2022, in San Francisco, California.

_____
Brian Day