UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EVA JO HENLEY, et al.,

        Plaintiffs,

  v.

SAFECO INSURANCE COMPANY OF AMERICA,

        Defendant.

Case No. 21-cv-04243-RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by October 13, 2023. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on October 20, 2023, **at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: August 29, 2023

_____
Honorable Richard Seeborg
Chief United States District Judge